ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-11-13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO DUKE DURAN,<br><br>Petitioner,<br><br>vs.<br><br>MARTIN HOSHINO,<br><br>Respondent. | Case No. CV 13-0422-GW (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 6, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE